No. 359. C. I. T. CORPORATION ET AL. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION, ET AL.;

No. 360. UNIVERSAL CREDIT CO. ET AL. *v.* STONE, STATE TAX COMMISSION, ET AL.; and

No. 361. YELLOW MANUFACTURING ACCEPTANCE CORP. ET AL. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION, ET AL. October 12, 1942. *Per Curiam:* The motions to affirm are granted and the judgments are affirmed. *Wisconsin* v. *J. C. Penney Co.,* 311 U. S. 435, 443–445; *Bristol* v. *Washington County,* 177 U. S. 133; *Savings & Loan Society* v. *Multnomah County,* 169 U. S. 421; *Curry* v. *McCanless,* 307 U. S. 357, 365–68. *Messrs. William H. Watkins* and *P. H. Eager, Jr.* for appellants. *Mr. John Thomas Smith*

was with them on the brief in No. 361.  *Messrs. Greek L. Rice,* Attorney General of Mississippi, and *J. H. Sumrall* for appellees.